**FILED**
**JUL 3 1 2008**
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

AO 91 (REV.5/85) Criminal Complaint  7-31-08

AUSA Andrew S. Boutros 312-886-7641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

PEDRO SANCHEZ-GONZALEZ

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE COX

CASE NUMBER **08 CR 609**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about March 23, 2006 in Cook County, Illinois, in the Northern District of Illinois, Eastern Division, PEDRO SANCHEZ-GONZALEZ, defendant herein,

being an alien, who previously had been deported and removed from the United States on or about January 23, 2004, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4). I further state that I am a Special Agent with the Bureau of Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
BRANDON BEWICK
Special Agent, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

July 31, 2008   12:45 pm                at   Chicago, Illinois
Date                                         City and State

SUSAN E. COX, U.S. Magistrate Judge          _____
Name & Title of Judicial Officer             Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

## AFFIDAVIT

I, Brandon Bewick, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than five (5) years. I am currently assigned to the Chicago, Illinois ICE Office.

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United States after such aliens have previously been deported from the United States.

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against **Pedro Sanchez-Gonzalez**.

4. On or about March 23, 2005, an Immigration Enforcement Agent (IEA) of the Chicago, Illinois ICE Office interviewed **Sanchez-Gonzalez**. As part of that process, ICE discovered that **Sanchez-Gonzalez** is a previously deported aggravated felon from Mexico. An administrative detainer was placed on **Sanchez-Gonzalez** with the Illinois Department of Corrections. On July 14, 2008, **Sanchez-Gonzalez** was received into ICE custody pursuant to the detainer.

5. On July 14, 2008 IEA Stephen Zlotnicki was assigned to administratively process **Sanchez-Gonzalez**. IEA Zlotnicki interviewed **Sanchez-Gonzalezs** at the Chicago Field Office on July 14, 2008. Prior to questioning, **Sanchez-Gonzalez** was provided a Miranda warning, which advised him of his constitutional rights. **Sanchez-Gonzalez** agreed to answer questions without an attorney present.

6. I received and reviewed **Sanchez-Gonzalez's** alien registration file, also known as the "A File." The file shows that **Sanchez-Gonzalez** is a native and citizen of Mexico. He was deported from the United States to Mexico on January 23, 2004. The file shows that **Sanchez-Gonzalez** was found in Cook County, Illinois, in the Northern District of Illinois, on March 23, 2006. The file contains no record of **Sanchez-Gonzalez** requesting permission to apply for readmission to the United States from the Secretary of Homeland Security or the United States Attorney General, after his deportation.

7. As part of my investigation, I also requested a fingerprint analysis comparing **Sanchez-Gonzalez's** known fingerprints against those obtained from **Sanchez-Gonzalez** since he was taken into ICE custody on July 14, 2008. The fingerprint analysis returned positive, establishing the identity of **Sanchez-Gonzalez**.

8. The A File shows that **Sanchez-Gonzalez** was convicted of Theft/Deception >$300 <$10K on November 4, 2003, in Cook County Circuit Court, and was sentenced to 2 years imprisonment in the Illinois Department of Corrections. This conviction qualifies as an aggravated felony as set forth in Title 8, United States Code, Sections 1326(b)(2) and 1101(a)(43)(G). This conviction occurred before **Sanchez-Gonzalez** was deported on January 23, 2004.

9. **Sanchez-Gonzalez** unlawfully re-entered the United States and was found within the United States after being deported subsequent to a conviction of an aggravated felony. These alleged acts are in violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Section 202(4). These alleged violations occurred in Cook County, within the Northern District of Illinois.

FURTHER AFFIANT SAYETH NOT.

Brandon Bewick, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 31st day of July, 2008.

HONORABLE SUSAN E. COX
UNITED STATES MAGISTRATE JUDGE