# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 609 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Pedro Sanchez-Gonzalez | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Pedro Sanchez-Gonzalez.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL 32 PM 8:45

FILED-TEA