## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 609 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Pedro Sanchez-Gonzalez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant has been in the custody of the Immigration Customs Enforcement agency since 7/14/08. Defendant appears in response to arrest 7/31/08.
Initial appearance proceedings held. Steven R. Shanin is appointed to represent the Defendant. Defendant informed of his rights. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant waives detention hearing without prejudice. Defendant to remain in custody as a risk of flight.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|