U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:
United States v. SANCHEZ-GOMEZ                           08CR609-1

FILED
7-31-08
JUL 3 1 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PEDRO SANCHEZ-GONZALEZ

| NAME (Type or print) |
| --- |
| Steven R. Shanin |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Steven Robert Shanin |

| FIRM |
| --- |
| Steven Robert Shanin, Attorney at Law |

| STREET ADDRESS |
| --- |
| 53 West Jackson Boulevard, suite 920 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 02561379 | 312.697.0000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ✔ |