AO 442 (Rev.5/93 WP) Warrant for Arrest             AUSA Andrew S. Boutros 312-886-7641

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

PEDRO SANCHEZ-GONZALEZ

**WARRANT FOR ARREST**



CASE NUMBER:

**08CR 609**

08 CR 609

**MAGISTRATE JUDGE COX**

To: The United States Marshal and Any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest PEDRO SANCHEZ-GONZALEZ, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a

☐ Indictment   ☐ Information   ☒ Complaint

charging him with (brief description of offense):

ILLEGAL REENTRY INTO THE UNITED STATES BY A DEPORTED ALIEN

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

SUSAN E. COX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

July 31, 2008; Chicago, Illinois   12:45 p
Date and Location

Bail fixed at $ _____   by   SUSAN E. COX
                                         Name of Judicial Officer