# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

FILED

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

US v.s. Sanchez Gonz    FOR    ND IL    7-31-08    JUL    2008

AT    LOCATION NUMBER

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

**PERSON REPRESENTED** (Show your full name)

PEDRO SANCHEZ-GONZALEZ

| | | DOCKET NUMBERS |
| 1 | ☑ Defendant—Adult | Magistrate |
| 2 | ☐ Defendant - Juvenile | 08 CR 609-1 |
| 3 | ☐ Appellant | District Court |
| 4 | ☐ Probation Violator | |
| 5 | ☐ Parole Violator | Court of Appeals |
| 6 | ☐ Habeas Petitioner | |
| 7 | ☐ 2255 Petitioner | 08 cr 609 |
| 8 | ☐ Material Witness | |
| 9 | ☐ Other | |

**CHARGE/OFFENSE** (describe if applicable & check box →)    ☑ Felony    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer:

**IF YES, how much do you earn per month?** $ _____

**IF NO, give month and year of last employment**
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No

**IF YES, how much does your Spouse earn per month?** $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No

RECEIVED    SOURCES

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**  $ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☑ Yes  ☑ No  **IF YES, state total amount** $ 175⁰⁰

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

VALUE    DESCRIPTION

**IF YES, GIVE THE VALUE AND DESCRIBE IT**  $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents    4

List persons you actually support and your relationship to them
VIOLETTA GAB
GAB

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
| --- | --- | --- | --- |
| | | $ | $ 0 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____ 7/31/08 _____

**SIGNATURE OF DEFENDANT** ►
**(OR PERSON REPRESENTED)**    X PEDRO SANCHEZ