UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
AUG 0 7 2008    NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 08 CR 609 |
| vs. | ) | Violation: Title 8, United States Code, |
| | ) | Sections 1326(a) and (b)(2); and Title 6, |
| PEDRO SANCHEZ-GONZALEZ | ) | United States Code, Section 202(4) |
| | ) | |

JUDGE KENNELLY

MAGISTRATE JUDGE COX

The UNITED STATES ATTORNEY charges:

On or about March 23, 2006, at Cook County, in the Northern District of Illinois, Eastern Division,

PEDRO SANCHEZ-GONZALEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about January 23, 2004, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

UNITED STATES ATTORNEY