**FILED**
AUG 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   US v. Pedro Sanchez-Gonzalez  Cox  JUDGE KENNELLY

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO x  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE COX**

3) Is this a re-filing of a previously dismissed indictment or information?  NO x  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO x  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO x  YES ☐

6) What level of offense is this indictment or information?  FELONY x  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO x  YES ☐

8) Does this indictment or information include a conspiracy count?  NO x  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery ............ (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ...... (IV)
   ☐ Postal Embezzlement ..... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud ............ (II)
   ☐ Postal Fraud ............ (II)
   ☐ Other Fraud ............ (III)
   ☐ Auto Theft ............ (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ............ (III)
   ☐ Counterfeiting ............ (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ............ (III)
   ☐ DAPCA Narcotics ............ (III)

   ☐ DAPCA Controlled Substances ..... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   x Immigration Laws ............... **(IV)**
   ☐ Liquor, Internal Revenue Laws ...... (IV)
   ☐ Food & Drug Laws ............ (IV)
   ☐ Motor Carrier Act ............ (IV)
   ☐ Selective Service Act ............ (IV)
   ☐ Obscene Mail ............ (III)
   ☐ Other Federal Statutes ............ (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    Title United States Code Section . 8 U.S.C. §1326(a), (b)(2) and 6 U.S.C. § 202(4)

    **ANDREW S. BOUTROS**
    Assistant United States Attorney

(Revised 12/99)