## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 609 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Pedro Sanchez-Gonzalez | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the information. Defendant waives prosecution by indictment and consents to proceed by information. Status hearing set to 9/10/2008 at 1:30 PM. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cr-00609    Document 10    Filed 08/14/2008    Page 1 of 1

08CR609 USA vs. Pedro Sanchez-Gonzalez      Page 1 of 1