AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

PEDRO SANCHEZ-GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 609

I, Pedro Sanchez-Gonzalez, the above named defendant, who is accused of unlawful reentry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on August 14, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Pedro Sanchez Gonzalez_
Pedro Sanchez-Gonzalez
*Defendant*

_Steven R. Shanin_
Steven R. Shanin
*Counsel for Defendant*

Before _____
Honorable Matthew F. Kennelly
*Judicial Officer*